IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **KENDELL MEANS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | Civil Action Number |
| vs. ) | **2:05-cv-1778-RRA- UWC** |
| ) | |
| **SWANSON PRODUCTS,** ) | |
| ) | |
| **Defendants**. ) | |

### MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on October 4, 2005, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed under 28 U.S.C. § 1915A(b). Plaintiff was informed that he could file specific objections to the report and recommendation within fifteen days of the filing of the report and recommendation. On October 20, 2005, the plaintiff filed two documents, a Motion to Amend, and Objections to the Report and Recommendation on the grounds that he was denied an opportunity to amend his complaint.

In his "amended complaint" plaintiff states that he "named the wrong defendants" and seeks to name Sheriff Mike Hale, Chief Paul Costas, Commissioner Larry Langford, and Commissioner Sheila Smoot as the right defendants. Plaintiff does not make any new allegations, rather he restates his original claim which was adequately addressed by the magistrate judge in the report and recommendation.

It is well settled that motions to amend are addressed to the sound discretion of the trial judge. *See, e. g., Gramegna v. Johnson*, 846 F.2d 675, 678 (11th Cir. 1988); *Espey v. Wainwright*,

734 F.2d 748, 750 (11th Cir. 1984).  While that discretion is tempered by FED. R. CIV. P. 15(a)'s proviso that "leave shall be freely given when justice so requires," it is clear that "there is no obligation to allow amendment if to do so would be futile." *Laborers Local 938 Joint Health and Welfare Trust v. B. R. Starnes Co.*, 827 F.2d 1454, 1456 (11th Cir. 1987) (*citing Foman v. Davis*, 371 U.S. 178, 182 (1962)).  Naming new defendants does not change the fact that plaintiff has failed to submit any facts to show that he has a constitutional right to buy hygiene products from a jail store at the same price they can be bought in the free world.

      Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED.  Because plaintiff has failed to state a claim upon which relief can be granted, his motion to amend his complaint is due to be DENIED.  Accordingly, the complaint is due to be dismissed pursuant to 28 U.S.C. § 1915A(b).  An appropriate order will be entered.

      Done this 7th day of November, 2005.

                                        U.W. Clemon
                                   Chief United States District Judge